UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARTIN ESPINOZA, et al.,

                          Plaintiffs,

              -against-

DELISH BRANDS INC., et al.,

                        Defendants.

------------------------------------------------------------------x

26-CV-00399 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The attorney for Defendants appeared on March 4, 2026 (ECF No. 14), but Defendants have not answered or otherwise responded to the complaint. Defendants are directed to respond to the complaint or request an extension of time by **April 24, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
          April 13, 2026

                                    _____
                                      VALERIE FIGUEREDO
                                    United States Magistrate Judge