UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARTIN ESPINOZA, et al.,

Plaintiffs,

-against-

DELISH BRANDS INC., et al.,

Defendants.

---------------------------------------------------------------x

26-CV-00399 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide another status update on their mediation efforts by **August 19, 2026**. If a settlement is not reached at that time, the parties are directed to meet and confer and file a revised Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on the docket by **August 19, 2026**. Parties who disagree about the dates or other terms of the proposed case management plan shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be filed by **August 19, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 20, 2026

______________________________
VALERIE FIGUEREDO
United States Magistrate Judge